12-CV-02030-AF

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 03 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEVERLY COOPER, individually,<br><br>Plaintiff,<br><br>v.<br><br>ROSS DRESS FOR LESS, INC, a Virginia State Corporation,<br><br>Defendants. | No. 2:12-CV-02030-RSL<br><br>STIPULATION AND ORDER ALLOWING AMENDMENT OF COMPLAINT TO JOIN NECESSARY PARTY AND CLAIMS (CR 15, 19) |

IT IS HEREBY STIPULATED by the parties, by and through their undersigned attorneys, that an order may be entered herein allow the Joinder of INLAND WESTERN SEATTLE NORTHGATE NORTH, LLC, a necessary Party and to join additional claims, pursuant to FRCP 15, 19 and 20, without further notice of presentation of this order.

_____
LARRY J. LANDRY, WSBA #16792
Attorney for Plaintiff
Date: 3/29/13

_____ Telephone Approval
GRANT S. DEGGINGER, WSBA #15261 from
Attorney for Defendant                      Opposing
Date: 3/28/13                                Counsel

THE LANDRY LAW GROUP, PC
LAW OFFICES
1404 EAST YESLER WAY, SUITE 301
SEATTLE, WA · 98122
PHONE: (206) 343-9610 · FAX: 861-8301

STIPULATIOIN AND ORDER TO AMEND
COMPLAINT - 1

And the Court being duly advised, now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

Plaintiff's motion to ALLOW AMENDMENT OF COMPLAINT TO JOIN NECESSARY PARTY AND CLAIMS (FRCP 15, 19) is stipulated and agreed to between the parties and granted with the following specifics:

1. The Plaintiff may amend her complaint to join INLAND WESTERN SEATTLE NORTHGATE NORTH, LLC, a necessary party, as a Defendant;

2. The Plaintiff may amend her complaint to join additional claims as pertain to INLAND WESTERN SEATTLE NORTHGATE NORTH, LLC;

DONE IN OPEN COURT this 1st day of April 2013.

_____
JUDGE

PRESENTED BY:

THE LANDRY LAW GROUP, PC

By: _____
Larry J. Landry, WSBA #16792
Attorney for Plaintiff Cooper

APPROVED BY:

LANE POWELL

By: _____   per Telephone Approval
Grant S. Degginger, WSBA #15261         of opposing counsel
Attorney for Defendant Ross Dress for Less, Inc.

STIPULATIOIN AND ORDER TO AMEND COMPLAINT - 2

THE LANDRY LAW GROUP, PC
LAW OFFICES
1404 EAST YESLER WAY, SUITE 301
SEATTLE, WA • 98122
PHONE: (206) 343-9610 • FAX: 861-8301