UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
BEVERLY COOPER,

              Plaintiff,

     v.

ROSS DRESS FOR LESS, INC., *et al.*,

              Defendants.
_____

INLAND WESTERN SEATTLE
NORTHGATE NORTH, LLC,

              Third-Party Plaintiff,

     v.

TOP QUALITY BUILDING
MAINTENANCE CORPORATION,

              Third-Party Defendant.
_____

No. C12-2030RSL

ORDER GRANTING DEFENDANT INLAND WESTERN SEATTLE NORTHGATE NORTH, LLC'S MOTION FOR SUMMARY JUDGMENT

      This matter comes before the Court on "Defendant Inland Western Seattle Northgate North, LLC's Motion for Summary Judgment." Dkt. # 34. Although plaintiff filed a document which purports to be a response to both this motion and defendant Ross Dress for Less' motion for summary judgment (Dkt. # 39), plaintiff does not mention Inland Western or attempt to show that Inland Western was negligent or could otherwise be held liable for injuries occurring inside the tenant's space. Having reviewed the memoranda, declarations, and exhibits

ORDER GRANTING DEFENDANT INLAND
WESTERN'S MOTION FOR SUMMARY
JUDGMENT

1  submitted by the parties,[1] defendant Inland Western's motion for summary judgment is
2  GRANTED.

4  At Inland Western's request (Dkt. # 40 at 2), the Court has not considered its
5  motion for summary judgment on Ross Dress for Less' cross-claim.  Given the Court's rulings
6  on the motions for summary judgment, defendants shall, within twenty-one days of the date of
7  this Order, withdraw their cross-claims and third-party claims so that judgment can be entered in
8  this matter or notify the Court that they intend to proceed with the litigation.

11  Dated this 18th day of February, 2014.

12  *(signature)*
13  Robert S. Lasnik
United States District Judge

---

[1] The Court finds that this matter can be decided on the papers submitted.  Defendant's request for oral argument is DENIED.

ORDER GRANTING DEFENDANT INLAND
WESTERN'S MOTION FOR SUMMARY
JUDGMENT                                        -2-