THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEVERLY COOPER, individually,<br><br>       Plaintiff,<br><br>  v.<br><br>ROSS DRESS FOR LESS, INC., a Virginia State Corporation; INLAND WESTERN SEATTLE NORTHGATE NORTH, L.L.C., a Delaware State LLC,<br><br>       Defendants.<br><br>INLAND WESTERN SEATTLE NORTHGATE NORTH, LLC, a Delaware, LLC,<br><br>      Third-Party Plaintiff,<br><br>  v.<br><br>TOP QUALITY BUILDING MAINTENANCE CORP., a Washington corporation, aka TOP QUALITY BUILDING MAINTENANCE,<br><br>      Third-Party Defendant. | Case No. 2:12-CV-02030-RSL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ROSS DRESS FOR LESS, INC.'S CROSS-CLAIMS AGAINST DEFENDANT INLAND WESTERN SEATTLE NORTHGATE NORTH, LLC**<br><br>NOTE ON MOTION CALENDAR: MARCH 10, 2014 |

<u>STIPULATION</u>

COMES NOW Defendant Ross Dress for Less, Inc., by and through its counsel, Grant

S. Degginger of Lane Powell PC, and Defendant Inland Western Seattle Northgate North,

L.L.C., by and through its counsel, Eric P. Gillett of Preg O'Donnell & Gillett PLLC, hereby stipulate to the dismissal of Defendant Ross Dress for Less, Inc.'s cross-claims against Defendant Inland Western Seattle Northgate North, L.L.C., with prejudice, each party to bear its own costs.

DATED this 10th day of March, 2014.

LANE POWELL PC                          PREG O'DONNELL & GILLETT PLLC


By  /s/ Grant S. Degginger                 By  /s/ Eric P. Gillett
    Grant S. Degginger, WSBA No. 15261        Eric P. Gillett, WSBA No. 23691
    deggingerg@lanepowell.com                 901 Fifth Avenue, Suite 3400
    1420 Fifth Avenue, Suite 4200             Seattle, WA 98164
    Seattle, WA 98101                         Telephone: (206) 287-1775
    Telephone: (206) 223-7000                 Fax: (206) 287-9113
    Facsimile: (206) 223-7107                 Email: egillett@pregodonnell.com
Attorneys for Defendant Ross Dress for     Attorneys for Defendant Inland Western Seattle
Less, Inc.                                 Northgate North, L.L.C.

STIPULATION FOR DISMISSAL OF DEFENDANT ROSS'S CROSS-
CLAIMS AGAINST DEFENDANT INLAND WESTERN - 2
No. 2:12-CV-02030-RSL
113811.0036/5957876.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

ORDER

Defendant Ross Dress for Less, Inc. and Defendant Inland Western Seattle Northgate North, L.L.C., having stipulated for dismissal of Defendant Ross Dress for Less, Inc.'s cross-claims against Defendant Inland Western Seattle Northgate North, L.L.C., with prejudice, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED that Defendant Ross Dress for Less, Inc.'s cross-claims against Defendant Inland Western Seattle Northgate North, L.L.C. are hereby dismissed with prejudice, each party to bear its own costs.

DATED this 13th day of March, 2014.

_Mrt S Lasnik_

Robert S. Lasnik
United States District Judge

Presented by:

LANE POWELL PC

By _/s/ Grant S. Degginger_
   Grant S. Degginger, WSBA No. 15261
   deggingerg@lanepowell.com
   1420 Fifth Avenue, Suite 4200
   Seattle, WA 98101
   Telephone: (206) 223-7000
   Facsimile: (206) 223-7107
Attorneys for Defendant Ross Dress for Less, Inc.

PREG O'DONNELL & GILLETT PLLC

By _/s/ Eric P. Gillett_
   Eric P. Gillett, WSBA No. 23691
   901 Fifth Avenue, Suite 3400
   Seattle, WA 98164
   Telephone: (206) 287-1775
   Fax: (206) 287-9113
   Email: egillett@pregodonnell.com

STIPULATION FOR DISMISSAL OF DEFENDANT ROSS'S CROSS-CLAIMS AGAINST DEFENDANT INLAND WESTERN - 3
No. 2:12-CV-02030-RSL
113811.0036/5957876.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107